**Dismissed and Opinion Filed October 9, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00556-CV**

**IN THE MATTER OF M.W., A JUVENILE**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00351-X**

**MEMORANDUM OPINION**

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Carlyle

Before the Court is appellant's unopposed motion to voluntarily dismiss this

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

220556f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF M.W., A
JUVENILE

No. 05-22-00556-CV

On Appeal from the 305th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. JD-20-00351-
X.
Opinion delivered by Justice Carlyle.
Justices Smith and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 9th day of October, 2023.